**Order entered August 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00969-CR

**PAUL HARVEY ANDREWS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-11-49282-T**

## ORDER

The Court has before it appellant Paul Harvey Andrew's motion to extend time to file his reply brief until September 26, 2014. Because this case is set for submission on September 24, 2014, we **GRANT** appellant's motion only to the extent he has until September 14, 2014 to file a reply brief.

/s/    MOLLY FRANCIS
JUSTICE